further confirms appellant's guilt and thus it does not entitle appellant to relief. *See State v. Rainer*, 502 N.W.2d 784, 789–90 (Minn.1993).

We hold that the postconviction court did not abuse its discretion in denying appellant's request for postconviction relief.

Affirmed.

■

**LuAnn MARTIN, Respondent,**

v.

**XEROX CORPORATION and CNA Insurance Company, Relators.**

**No. C4–99–1407.**

Supreme Court of Minnesota.

Oct. 26, 1999.

Peter M. Banovetz, Anne F. Knipe, Aafedt, Forde, Gray & Monson, P.A., Minneapolis, for appellants.

Norbert Cueller, Cuellar Law Office, Minneapolis, for respondent.

---

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 15, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

Paul H. Anderson

Paul H. Anderson
Associate Justice

■

**Dudley P. JOHNSON, Respondent,**

v.

**NORTHERN PRIDE and New Hampshire Insurance Company/AIGCS, Relators, Minnesota Department of Human Services and Blue Cross and Blue Shield of Minnesota, Intervenors.**

**No. C1–99–1381.**

Supreme Court of Minnesota.

Oct. 26, 1999.

Richard Riemer, Bloomington, for Appellants.

Ms. Alice Tyson–Garner, Benefit Recovery Section, St. Paul, Ms. Beth Sunderlin, Workers Compensation Specialist, St. Paul, for Intervenors.

John G. Brian, III, St. Paul, for Respondent.

---

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 15, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

Alan C. Page

Alan C. Page
Associate Justice

Lawrence SCHNAGL, Relator,

v.

**Mike GARANT and Special Compensation Fund, Respondents.**

No. C6–99–1330.

Supreme Court of Minnesota.

Oct. 26, 1999.

David R. Ludgwigson, St. Paul, for appellant.

Thaddeus V. Jude, St. Paul, for respondents.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 22, 1999, be, and the same is, affirmed without opinion.

*See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:

Kathleen A. Blatz

Kathleen A. Blatz
Chief Justice

**STATE of Minnesota, Respondent,**

v.

**Mitchell Dale COAUETTE, Appellant.**

No. C4–98–2286.

Court of Appeals of Minnesota.

Sept. 28, 1999.

Review Denied Dec. 14, 1999.

